

FILED IN
COURT OF APPEALS
JUN 0 4 1999
LISA ROMBOK
CLERK, 5th DISTRICT

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. 73,414

### EX PARTE JERMAINE WOOTEN, Applicant

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS FROM DALLAS COUNTY

*The opinion was delivered per curiam.*

## OPINION

This is a post-conviction application for a writ of habeas corpus filed pursuant to Article 11.07, V.A.C.C.P. Applicant was convicted of aggravated sexual assault and aggravated robbery. Punishment was assessed at life imprisonment in each cause. These convictions were affirmed, Wooten v. State, Nos. 05-95-01591-CR and 05-95-01592-CR (Tex. App.— Dallas, delivered June 10, 1998, no pet.).

Applicant contends that he was denied an opportunity to file a *pro se* petition for discretionary review because his appellate attorney did not timely file a petition for

discretionary review. Specifically, Applicant contends that counsel agreed to file a petition for discretionary review on Applicant's behalf, failed to do so, and Applicant's reliance on counsel's statements prevented him from filing a *pro se* petition for discretionary review.

The trial court has entered findings of facts and conclusions of law, based on the record, that Applicant's assertions are true and recommends that relief be granted.

Applicant is entitled to relief. The proper remedy in a case like this is to return Applicant to the point at which he can file a petition for discretionary review. He may then follow the proper procedures in order that a meaningful petition for discretionary review may be filed. For purposes of the Texas Rules of Appellate Procedure, all time limits shall be calculated as if the Court of Appeals' decision had been rendered on the day the mandate of this Court in this cause issues. We hold that should Applicant desire to seek discretionary review, he must take affirmative steps to see that his petition is filed in the Court of Appeals within thirty days after the mandate of this Court has issued.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice, Institutional and Pardons and Paroles Divisions.

DELIVERED: June 2, 1999
DO NOT PUBLISH



Court of Criminal Appeals
Box 12308
Capitol Station
Austin, Texas 78711



73,414

LISA ROME
CLERK 5TH
COURTHOUSE
DALLAS TX